IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DOMINIUM CONSTRUCTION & ARCHITECTURAL SERVICES, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:23-cv-0680 ) |
| THOMAS DANIEL MAXWELL d/b/a MAXWELL'S WELDING, | ) ) ) |
| Defendant. | ) ) |

### REQUEST FOR ENTRY OF DEFAULT

COMES NOW Plaintiff, Dominium Construction & Architectural Services, LLC, and hereby requests the Clerk to enter a default against the Defendant, Thomas Daniel Maxwell, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Pursuant to Local Rule 55.01, an unsworn declaration under penalty of perjury under 28 U.S.C. § 1746 is attached hereto as *Exhibit 1*.

Respectfully submitted this 3rd day of November, 2023.

WOOLF, McCLANE, BRIGHT, ALLEN
& CARPENTER, PLLC

/s/ C. Gavin Shepherd
C. Gavin Shepherd (BPR No. 033066)
Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000
gshepherd@wmbac.com

*Attorneys for Dominium Construction & Architectural Services, LLC*

## CERTIFICATE OF SERVICE

       I hereby certify that on November 3, 2023 a copy of the foregoing Request for Entry of Default was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system. Service is also being made via First Class Mail to:

Thomas Daniel Maxwell
4885 Big Horn Drive
Old Hickory, TN 37122
*Via First Class Mail*

                                               /s/ C. Gavin Shepherd
                                               C. Gavin Shepherd (BPR No. 033066)