IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DOMINIUM CONSTRUCTION & ARCHITECTURAL SERVICES, LLC, | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 3:23-cv-0680 ) |
| THOMAS DANIEL MAXWELL d/b/a MAXWELL'S WELDING, | ) ) ) |
| **Defendant.** | ) ) |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff, Dominium Construction & Architectural Services, LLC, by and through counsel, and hereby requests this Court, pursuant to Fed. R. Civ. P. 55(b)(1), for entry of a judgment by default against Defendant Thomas Daniel Maxwell. In support of this request, Plaintiff Dominium Construction & Architectural Services, LLC relies upon the record in this case and the Affidavit of Adam Brookins attached hereto as ***Exhibit A.***

Respectfully submitted this 9th day of January, 2024.

                                          WOOLF, McCLANE, BRIGHT, ALLEN
                                          & CARPENTER, PLLC

                                          /s/ C. Gavin Shepherd
                                          C. Gavin Shepherd (BPR No. 033066)
                                          Post Office Box 900
                                          Knoxville, Tennessee 37901-0900
                                          (865) 215-1000
                                          gshepherd@wmbac.com

                                          *Attorneys for* Dominium Construction &
                                          *Architectural Services, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2024 a copy of the Motion for Default was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system. Service is also being made via First Class Mail to:

Thomas Daniel Maxwell
4885 Big Horn Drive
Old Hickory, TN 37122
*Via First Class Mail*

      /s/ C. Gavin Shepherd
      C. Gavin Shepherd (BPR No. 033066)